IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
v. ) In Violation of 18 U.S.C.
) § 844(i).
BOBBY SOUNDARA )

1:05-M-140M

**COMPLAINT**

The United States Attorney charges that:

COUNT I

On or about September 11, 2005, in the District of Rhode Island, the defendant, BOBBY SOUNDARA, did maliciously damage and destroy and attempt to damage and destroy, by means of an explosive, to wit: a pipe bomb, a building known as 1 West Harry Street, Cranston, Rhode Island, a white three story multi-family dwelling (with the additional addresses known as 3 West Harry Street 2d, and 3 West Harry Street 3d), with said building being used in interstate and foreign commerce, and as a direct and proximate result of such conduct, did cause personal injury to another person.

All in violation of 18 U.S.C. § 844(i).

1:05-M-140M

**AFFIDAVIT**

I, Michael J. Payne, being duly sworn, depose and state the following:

1. This affidavit is from personal knowledge based on my participation in this investigation, including witness interviews by myself and/or other law enforcement agents, communication with others who have personal knowledge of the events and circumstances described herein, reviewing police reports, and information gained through my training and experience. I have also worked closely with members of the Federal Bureau of Investigation ("FBI"), the Cranston Police Department ("CPD"), and the Providence Police Department ("PPD"), who have extensive personal knowledge and training relating to street gangs in the cities of Cranston and Providence, as well as throughout the District of Rhode Island. The information is provided in summary form for the purpose of establishing probable cause that an offense has been committed and the person cited herein committed it, and does not contain all the details or facts of which I am aware relating to this investigation.

2. I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") since September 1999. During this time, I have participated in numerous criminal investigations that have resulted in the obtaining and execution of

4

Federal search and arrest warrants, as well as criminal complaints. I have been the affiant on several of these occasions.

3. I am currently conducting an investigation involving the detonation of an explosive at 1 West Harry Street, Cranston, RI on September 11, 2005, at approximately 2:18 a.m. ("West Harry Bombing"). One West Harry Street is further described as a white three story multi-family dwelling (with additional addresses known as 3 West Harry Street 2d, and 3 West Harry Street 3d) ("West Harry Street Home"). The West Harry Street Home is an owner occupied dwelling and also is the home of at least one rent paying tenant who occupies one of the building's apartments. The explosion resulted in the serious physical injury of the victim in this case. The victim's injuries include the loss of an eye. The victim is the mother of a known member of the Young Bloods ("YB") street gang who my investigation reveals was the likely intended target of the bomber(s)and who resides in the West Harry Street Home.

4. The Cranston Police Department responded to the West Harry Bombing on September 11, 2005, along with the CPD, the Rhode Island Fire Marshal ("RIFM"), and Cranston Fire and Rescue. The following items were seized from the scene and sent to the ATF Laboratory in Ammendale, Maryland for analysis: an approximately 6" long piece of galvanized pipe partially wrapped in white tape

with red lettering "CRAFTED WITH PRIDE IN U.S.A."; pieces of silicone-like material; pieces of hardwood floor damaged by the explosion; a section of wall from the blast area, and wood from the exterior wall outside the blast area. In addition, a piece of silicone-like material removed from the victim's leg was obtained from Rhode Island Hospital and sent to the ATF Laboratory.

5. The ATF Laboratory analyzed the submitted evidence and determined that the items submitted were consistent with those of an explosive bomb. In common parlance, the item was determined to be a pipe bomb. The ATF Laboratory also found residue of a perchlorate explosive mixture ("PEM") inside the submitted pipe. PEM is the powder commonly used in fireworks. The silicone-like material submitted was determined to be a hot-melt adhesive. Fragments of a green pyrotechnic fuse were embedded in the adhesive.

6. On November 10, 2005, my investigation led me to the residence of one BOBBY SOUNDARA who was implicated as a suspect in the West Harry bombing. At the time, I knew SOUNDARA to be a member of the Laos Pride street gang which has a rivalry with, among others, the Young Bloods, of which the presumed intended victim is a member. Thus, on November 10, 2005, at approximately 11:45 a.m., ATF Special Agent Ed Troiano and I went to SOUNDARA's residence and asked him if he would return to the ATF Providence

Field Office voluntarily to speak with us about gang activity in Providence. He said yes.

7. While transporting SOUNDARA to ATF headquarters, other members of the ATF went to 13 Richter Street, Providence, RI, (the same location) and asked for and received consent to search the residence from Sangvane Nokeo, the mother of SOUNDARA. Mrs. Nokeo informed ATF Special Agent Michael West that the apartment is rented in her name. Mrs. Nokeo also stated that in addition to her, and her son Bobby, her husband, daughter and Bobby's girlfriend, also reside in the apartment. Mrs. Nokeo stated that in addition to the apartment, the family has access to the basement of the building where they have personal items stored. Mrs. Nokeo stated that she reads, writes, and understands English. Special Agent West read an ATF F 3220.11 (Consent to Search Form) to Mrs. Nokeo, after which she stated that she understood the form and would allow agents to search the residence. Mrs. Nokeo signed the form which was signed by Special Agent West and witnessed by Special Agent Eric Yankee.

8. During the search of the apartment and the basement the following items were seized:

a. Miscellaneous pyrotechnic devices (fireworks)(found in basement)(the fuses on the fireworks are green);

b. a roll of tape with "CRAFTED WITH PRIDE IN U.S.A." printed on it (found on a kitchen shelf);

c. A roll of tape with, "CRAFTED WITH PRIDE IN U.S.A." printed on it (found in SOUNDARA's bedroom);

d. Box of photographs and documents (found in SOUNDARA's bedroom (including a roll of tape with the "CRAFTED WITH PRIDE IN U.S.A."); and

e. Hacksaw (found in SOUNDARA's bedroom).

9. I have seen the pipe bomb wrapped with white tape and red letters "CRAFTED WITH PRIDE IN U.S.A." which was recovered from the West Harry Bombing on September 11, 2005. I have also seen the roll of tape seized from the search of 13 Richter Street, Providence, RI on November 10, 2005, and identified in paragraph 8 above. They both are white with red letters which read "CRAFTED WITH PRIDE IN U.S.A." They appear to me to be the same tape.

10. At approximately 12:00 p.m., I began to interview SOUNDARA. Prior to beginning the interview, I advised SOUNDARA of his constitutional rights and he agreed to waive his rights and speak to me. The acknowledgment and waiver were executed in writing on ATF Form F3200.4, entitled (Statement/Waiver of Rights). The entire interview was video recorded.

11. During the interview SOUNDARA admitted membership in the Laos Pride street gang. When asked about rival gangs and his knowledge of members of rival gangs, SOUNDARA indicated he knows a Young Blood member named "Sam" from working together in Fall River. He described "Sam" as being short and also that he goes by the name of "P". SOUNDARA later admitted that he knew where "Sam" lived as a result of dropping his (SOUNDARA's) sister off at "Sam's" house a few years ago when "Sam" was dating his sister. The victim's son is named Samnang Tep. I have interview Mr. Tep and he goes by the name of Sam.

12. When confronted with the seized items from the search of his residence, SOUNDARA admitted that he purchased fireworks previously in New Hampshire.

13. SOUNDARA also admitted his involvement in the pipe bombing. He stated, "I threw the bomb through the window." SOUNDARA was shown a photograph of the front of the West Harry Street Home and said that this was "Sam's" house and that he threw a pipe bomb through the front window in September, 2005. He further identified the specific window through which he threw the bomb, and then revealed other details of the circumstances involving the bombing.

14. Based on the foregoing, there is probable cause to believe that on September 11, 2005, the Defendant maliciously destroyed, and attempted to destroy, a building by use of an explosive device and thereby caused personal injury to another person all in violation of 18 U.S.C. § 844(i).

Michael J. Payne
Special Agent
Bureau of Alcohol, Tobacco, Firearms
and Explosives

Subscribed and sworn to before
me this 14th day of November, 2005
at Providence, Rhode Island

DAVID L. MARTIN
UNITED STATES MAGISTRATE JUDGE