AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

Bobby Soundara

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number:

I, Mr. Soundara, charged in a (complaint) (petition) pending in this District with [illegible] in violation of Title 18, U.S.C., 844(i), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

x Bobby Sandara

Defendant

11-14-5

Date

[signature]

Counsel for Defendant