UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | MISC. No. 1:05-M-140M |
| | : | |
| BOBBY SOUNDARA | : | |

**GOVERNMENT'S MOTION TO UNSEAL AFFIDAVIT**

The United States hereby moves that the Affidavit and Complaint filed under seal in the above-captioned matter on November 14, 2005, be unsealed for the reasons stated in the attached memorandum of law.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

RICHARD W. ROSE
Assistant U.S. Attorney

**CERTIFICATION OF SERVICE**

I hereby certify that on this 2nd day of August, 2006, a copy of the within Government's Motion Unseal the Affidavit and Complaint was mailed by first-class mail, postage prepaid, to:

William C. Dimitri, Esq.
462 Broadway
Providence, RI 02909

Robert E. Craven, Esq.
50 Park Row West, Suite 100
Providence, RI 02903

Paula Harvey

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | MISC. No. 1:05-M-140M |
| | : | |
| BOBBY SOUNDARA | : | |

**GOVERNMENT'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO UNSEAL AFFIDAVIT**

The United States respectfully requests that the Court grant its Motion to Unseal. The defendant in the above-captioned matter has pled guilty to an Indictment which charges the same conduct and is awaiting sentencing. The government does not believe the defendant will suffer any prejudice by the unsealing.

A form of Order is attached.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

RICHARD W. ROSE
Assistant U.S. Attorney

**CERTIFICATION OF SERVICE**

I hereby certify that on this 2nd day of August, 2006, a copy of the within Government's Memorandum in Support of Its Motion Unseal the Affidavit and Complaint was mailed by first-class mail, postage prepaid, to:

William C. Dimitri, Esq.
462 Broadway
Providence, RI 02909

Robert E. Craven, Esq.
50 Park Row West, Suite 100
Providence, RI 02903

Paula Hasey