IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF RHODE ISLAND

RECEIVED

AUG 02 2006

Property of U.S. District Court
District of Rhode Island

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | MISC. NO. 1:05-M-140M |
| | ) | |
| BOBBY SOUNDARA | ) | |

ORDER

Upon motion of the Government, the Affidavit and Complaint in the above captioned matter is hereby ordered unsealed.

BY ORDER:

Martha Saucier

Deputy Clerk

ENTER:

David L. Martin

David L. Martin
United States Magistrate Judge

DATE: 8-3-06